Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 21-12579-AMC**

Ronald A. Deifer  
123 School Street  
North Wales  PA    19454

Petition Filed Date: 09/18/2021  
341 Hearing Date: 10/22/2021  
Confirmation Date: 05/04/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/09/2022 | $282.46 | 13514 | 08/26/2022 | $282.46 | 13646 | 09/07/2022 | $282.46 | 13811 |
| 09/21/2022 | $302.46 | 13930 | 10/04/2022 | $282.46 | 14079 | 10/18/2022 | $282.46 | 14221 |
| 11/22/2022 | $282.46 | 14579 | 12/02/2022 | $282.46 | 14661 | 12/19/2022 | $282.46 | 14803 |
| 12/29/2022 | $847.38 | 14952 | 01/11/2023 | $282.46 | 15084 | 01/25/2023 | $282.46 | 15202 |
| 02/07/2023 | $282.46 | 15338 | 02/28/2023 | $282.46 | 15542 | 03/14/2023 | $282.46 | 15698 |
| 03/29/2023 | $282.46 | 15851 | 04/05/2023 | $282.46 | 15946 | 04/24/2023 | $282.46 | 16101 |
| 05/02/2023 | $282.46 | 16273 | 05/24/2023 | $282.46 | 16525 | 05/31/2023 | $282.46 | 16621 |
| 06/27/2023 | $282.46 | 16936 | 06/27/2023 | $282.46 | 16936 | 07/12/2023 | $282.46 | 17124 |

**Total Receipts for the Period: $7,363.96   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $13,073.26**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | JOHN L MC CLAIN ESQ | Attorney Fees | $6,264.50 | $6,264.50 | $0.00 |
| 1 | CITIBANK NA<br>»»  001 | Unsecured Creditors | $370.19 | $0.00 | $370.19 |
| 2 | MONTGOMERY COUNTY TCB<br>»»  002 | Secured Creditors | $13,924.97 | $2,975.72 | $10,949.25 |
| 3 | ALLY FINANCIAL<br>»»  003 | Secured Creditors | $10,504.59 | $2,244.81 | $8,259.78 |

Chapter 13 Case No. 21-12579-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,073.26 | Current Monthly Payment: | $612.00 |
| Paid to Claims: | $11,485.03 | Arrearages: | ($743.26) |
| Paid to Trustee: | $1,074.15 | Total Plan Base: | $35,586.00 |
| Funds on Hand: | $514.08 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.